UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br><br>    v.<br><br>Z RENTALS, L.P., a California Limited Partnership; FRANK ZICHICHI; and Does 1-10,<br><br>    Defendants. | Case: 4:19-CV-01639-DMR<br><br>**Order** |

The Court hereby grants the plaintiff's request. This case shall be dismissed with prejudice, each party to bear his/its costs.

**IT IS SO ORDERED.**

Dated: 12/30/2020        By: _____
                              Hon. Donna M. Ryu
                              United States Magistrate Judge

*IT IS SO ORDERED* (seal, signed Judge Donna M. Ryu)

1